UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-07-690 |
| | § | |
| DARRELL WAYNE THOMAS | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)     There is a serious risk that the defendant will not appear for court as required; and

(2)     There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The defendant was on parole when he committed this offense, which is an indication that he is either unwilling or unable to comply with court-ordered conditions of release.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation

with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 21st day of November, 2007.

                                        _____
                                        B. JANICE ELLINGTON
                                        UNITED STATES MAGISTRATE JUDGE